No. 78–1806. BRANDON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1807. AULT v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 78–1809. PEREZ v. STEVENS. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 78–1810. WEST v. JANING, SHERIFF. Sup. Ct. Neb. Certiorari denied.

No. 78–1813. SLOAN v. RAICHLE, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–1814. MELVIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 78–1816. PARNESS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1817. FORD MOTOR CREDIT CO. v. COLONIAL FORD, INC.; and
No. 78–1818. FORD MOTOR CO. v. COLONIAL FORD, INC. C. A. 10th Cir. Certiorari denied. Reported below: 592 F. 2d 1126.

No. 78–1820. ASSOCIATED THIRD CLASS MAIL USERS v. UNITED STATES POSTAL SERVICE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1822. VILA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1823. TEAMSTERS LOCAL UNION No. 30 ET AL. v. HELMS EXPRESS, INC., A DIVISION OF RYDER TRUCK LINES, ET AL. C. A. 3d Cir. Certiorari denied.